IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-03010-MEH

B.A.G. CORP.,

    Plaintiff,

v.

REPURPOSED MATERIALS, LLC,

    Defendant.

---

## DISMISSAL OF CASE WITH PREJUDICE
---

Before the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [filed December 31, 2014; docket # 9]. The Court finds the Notice and terms of the dismissal proper. In accordance with Rule 41(a)(1)(A)(i), this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 5th day of January, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge